# EXHIBIT B

| Claim # | Claim Language US 10,133,888 | Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device |
|---|---|---|
| 1 | A positioning system, comprising: | To the extent the preamble is limiting, the Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device is a positioning device.<br><br>Specifically, the Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device comprises a RFID tag reading system.<br><br>RFID read/write device<br>IUH-F192-V1-FR2-02<br>■ Flexible UHF read/write head with long range for use worldwide<br>■ Ready-made PLC function blocks designed for quick and easy system integration<br>■ Compact and robust housing for harsh industrial environments<br>■ Switchable antenna polarization guarantees reliable tag detection and enhances process flow<br>■ For connection to IDENT*Control* evaluation unit<br>■ Multi-tag reading increases productivity<br><br>UHF RFID read/write device for IDENTControl, USA, Canada and Argentina<br><br>https://files.pepperl-fuchs.com/webcat/navi/productInfo/pds/256083_eng.pdf<br><br>The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device is an RFID read/write device optimized for use in industrial applications.<br><br>**Function**<br><br>The IUH-F192-V1-FR2-02 read/write head operates in the UHF frequency range and is optimized for use in industrial applications involving greater distances. The device reads and writes passive tags according to EPC Generation 2 (ISO/IEC 18000-63). The read/ write head can be operated in the USA, Canada and Argentina. The read/write head complies with the respective radio regulations.<br>Wide range of options supported for filtering data. The read/write head is connected to the IDENTControl interface using an M12 connector. The user can monitor the status of the read/write head using the integrated LEDs.<br>The read/write head has a typical detection range of approx. 3 meters; this range is determined by the tag used and can be changed by adjusting the transmission power. Other influencing factors are the application specific setup and surrounding materials, particularly metal. The read and write distances measured under ideal conditions can be found in a separate document. For the actual read and write distances under real conditions, the combination of read/write head and tag must be tested in the intended application. |

| | | |
|---|---|---|
| | | https://files.pepperl-fuchs.com/webcat/navi/productInfo/pds/256083_eng.pdf<br><br><br>UHF is used for a variety of applications, including production, identification, and access control.<br><br>**3.2      UHF general**<br><br>**3.2.1      Advantages of UHF**<br>• Long detection range<br>• UHF tags are available as cheap and space-saving adhesive labels<br>• High transfer rates<br>• Tag is available with a large working memory (user memory)<br>• Bulk detection<br><br>**3.2.2      Applications for UHF systems**<br>• Identification in galvanic coating or painting systems used in automotive production,<br>• Identification feasible over greater distances than with LF and HF systems,<br>• Identification of automotive superstructures in automotive production,<br>• Pallet identification and measurement of goods movements in the logistics sector, and<br>• Access control at unloading stations with HGV identification.<br><br>https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 10. |

| 1a | a plurality of antenna units mounted in different places to read data from storage mediums each having a storage unit for storing data and a communicating antenna for transmission of the data stored in the storage unit, by using radio waves having different polarization directions; | The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device comprises a plurality of antenna units mounted in different places to read data from storage mediums each having a storage unit for storing data and a communicating antenna for transmission of the data stored in the storage unit, by using radio waves having different polarization directions. <br><br> The FCC Notice for this device describes multiple antenna units. <br><br> **FCC Notice** <br> To comply with FCC part 15 rules in the United States, the system must be professionally installed to ensure compliance with the Part 15 certification. It is the responsibility of the operator and professional installer to ensure that only certified systems are deployed in the United States. The use of the system in any other combination (such as co-located antennas transmitting the same information) is expressly forbidden. <br><br> **FCC Exposure Information** <br> To comply with FCC RF exposure compliance requirements, the antennas used for this transmitter must be installed to provide a separation distance of at least 35 cm from all persons and must not be co-located or operated in conjunction with any other antenna or transmitter. <br><br> https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf <br><br> The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device has a plurality of antenna units.  Specifically, the device has an integrated antenna that has a linear dual polarized antenna.  The integrated antenna comprises a plurality of radiating units. These radiating antenna units can transmit and receive waves with horizontal polarization or vertical polarization. |

<table>
<tr><td></td><td></td><td>

**Features**

The read/write head has the following features:

- 2 x 3 function indicator LEDs
- Industrial housing
- Bulk detection
- Connects to the IDENT*Control* via connector V1 (M12 x 1)
- Protected against electrostatic discharge

**IntegratedÅ antenna**

The IUH-F192-V1-FR1 and IUH-F192-V1-FR2 read/write heads have a linear dual-polarized antenna. The read/write heads can transmit and receive waves with horizontal and vertical polarization.

**Electrical specifications**

| | |
|---|---|
| Operating voltage U | 20 ... 30 $V_{DC}$ |
| Current consumption I | < 350 mA |
| Power consumption $P_0$ | ≤ 10 W |

https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf

</td></tr>
<tr><td>1b</td><td>a control unit connected to each antenna unit, for controlling each antenna unit to sequentially change radiation characteristics of each antenna unit;</td><td>

The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device comprises a control unit connected to each antenna unit, for controlling each antenna unit to sequentially change radiation characteristics of each antenna unit.

The integrated antenna and antenna units have a dual linear polarization.  The horizontal or vertical polarizations are used for read/write access.  The purpose of having more than one polarization is to improve the reading reliability of tags.

</td></tr>
</table>

### 4.3.3    Polarization

The polarization of the electromagnetic wave emitted by an antenna depends on the electro-magnetic field component and the position of the antenna. Polarization can be either linear or circular. To achieve the maximum detection range for a UHF system, the polarization of the read/write head must match the polarization of the tag. Refer to the relevant data sheet to find the polarization of the tag.

- Linear polarization: When an electromagnetic wave has linear polarization, the direction of the vector of the electromagnetic field component is constant. Linear polarization can be either vertical or horizontal. This characteristic depends on the position of the antenna.
- Circular polarization: When an electromagnetic wave has circular polarization, the vector of the electromagnetic field component rotates around an axis parallel to the direction of emission. The rotation of the antenna around the transmission axis has no effect.

The integrated antenna of the IUH-F192-V1-* read/write head has dual linear polarization. The read/write head operates in combined mode by default. In combined mode, both horizontal and vertical polarization are used for each read/write access. This increases the reading reliability of tags with an unknown location in the room.

control unit. . . to sequentially change radiation characteristics of each antenna unit

https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 29.

A control unit is provided to control each antenna unit.  The control unit is provided via the IDENTControl control interface software.  The control unit is used in order to optimize access time by setting a fixed polarization for the antenna units.

If the orientation of the tags is known, you can optimize the access time by setting a fixed polar-ization. To do this, you can switch the polarization to horizontally linear polarization or vertically linear polarization via the IDENTControl control interface software. The linear polarization plane refers to the preferred mounting direction with the cable connection mounted vertically down-wards.

control unit. . . to sequentially change radiation characteristics of each antenna unit

https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf

| | | |
|---|---|---|
| | | at page 29. |
| 1c | an antenna switch unit for selectively driving the antenna units in accordance with a control instruction from the control unit to transmit the radio wave having desired polarization directions according to each antenna unit by switching the antenna units; and | The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device comprise an antenna switch unit for selectively driving the antenna units in accordance with a control instruction from the control unit to transmit the radio wave having desired polarization directions according to each antenna unit by switching the antenna units.<br><br>To optimize access time, the IDENTControl control interface software.<br><br>If the orientation of the tags is known, you can optimize the access time by setting a fixed polarization. To do this, you can switch the polarization to horizontally linear polarization or vertically linear polarization via the IDENTControl control interface software. The linear polarization plane refers to the preferred mounting direction with the cable connection mounted vertically downwards.<br><br>…control unit to transmit the radio wave having desired polarization directions according to each antenna unit by switching the antenna units<br><br>https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 29.<br><br>Pepperl+Fuchs indicates the reference point for the vertical polarization plane and horizontal polarization plane. |



Figure 4.3    1 = Vertical polarization plane
               2 = Horizontal polarization plane

. . .desired polarization directions according to each antenna unit by switching the antenna units

https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 30.

The specific instruction for setting antenna polarization is below.  The sample modes would set an antenna unit to be horizontal linear, vertical linear, or combined more, for instance.



https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf
at page 49.

| 1d | a positioning unit for calculating the position of each storage medium on the basis of strengths of signals, the strengths of the signals being obtained as a result of read operations of the data stored in the storage mediums, by using radio waves having different polarization directions, while having each antenna unit sequentially change its radiation characteristics. | The Pepperl+Fuchs IUH-F192-V1-FR2 RFID Read/Write Device comprise a positioning unit for calculating the position of each storage medium on the basis of strengths of signals, the strengths of the signals being obtained as a result of read operations of the data stored in the storage mediums, by using radio waves having different polarization directions, while having each antenna unit sequentially change its radiation characteristics.<br><br>Pepperl+Fuchs describes that environmental conditions can cause excessive detection ranges.  Further, the ability to read tags is based on not only the direct route of the tag, |

but also objects in the vicinity.  This interference and tag orientation comprises reasons why sequential chang in radiation characteristics is needed.

### 6.2   Interference Due to Multipath Propagation

The electromagnetic waves radiated by the read/write device do not just follow the direct route to the tag, but are also reflected off objects in the vicinity, meaning that multiple partial waves overlap with the waves radiated by the read/write device.

This overlap causes interference (i.e., exaggeration and dampening of the reception field strength), leading to almost complete degradation. Depending on the environment, several reflections may occur with differing intensity and distance. These different reflections lead to a field strength in the measurement range that is difficult to predict. In the areas of degradation, the prevailing field strength is weaker than the minimum detection field strength of the tag. As a result, the tag cannot be activated for communication. Exaggeration of the field strength may lead to unwanted excessive detection ranges.



. . . the strengths of the signals being obtained as a result of read operations of the data stored in the storage mediums

1. Detection range
2. Degradation
3. Excessive detection ranges

https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 37.

|  |  | Pepperl+Fuchs describes that commands to change the radiation characteristics of the antenna units operate to send commands at different transmission frequencies and at varying power.  This is used to enhance read/write reliability.<br><br>The reflections and the resulting spatial inhomogeneity of the field strength depend on the frequency used. The absolute value of the field strength depends on the transmission power. Since the tags move in the measurement range of the read/write device, and the environment can change, it is advisable to repeat the commands at different transmission frequencies and at varying power. Different transmission frequencies are advisable, since the manufacturing tolerances and the immediate environment of the tag have an effect on the tag's resonance frequency.<br><br>a positioning unit for calculating the position of each storage medium on the basis of strengths of signals, the strengths of the signals being obtained as a result of read operations of the data stored in the storage mediums, by using radio waves having different polarization directions, while having each antenna unit sequentially change its radiation characteristics<br><br>https://files.pepperl-fuchs.com/webcat/navi/productInfo/doct/tdoct4140f_eng.pdf at page 37. |